1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICANS W/DISABILITIES ADVOCATES,

        Plaintiff,

    v.

AMERCO,

        Defendant.
_____/

No. 03-01430 CW
03-01432 CW
03-01439 CW
03-01440 CW
03-01441 CW
03-03322 CW
03-03326 CW
03-03983 CW
03-03984 CW
03-03985 CW
03-03986 CW
03-04039 CW
03-04040 CW
03-04041 CW
03-04314 CW

ORDER DISMISSING
CONSOLIDATED
CASES

    The above-captioned cases having been consolidated for all

further proceeding with C-03-1428 CW, <u>Americans with Disabilities

Advocates v. AMERCO,</u>

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain

these files as open ones for statistical purposes, and the Clerk is

instructed to submit the JS-6 Forms to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a

dismissal or disposition of these actions, and, should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

United States District Court

For the Northern District of California

9/8/05

Dated _____          _____
                                       CLAUDIA WILKEN
                                       United States District Judge

*Claudia Wilken*

United States District Court

For the Northern District of California

3